```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                              PLAINTIFF/RESPONDENT

   V.               Criminal No. 14-500066-004

FABIAN URIBE                                          DEFENDANT/MOVANT

## **MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On October 12, 2016, the Defendant/Movant Fabian Uribe (hereinafter "the Defendant"), through his appointed counsel, filed a Second Amended/Supplemental Motion for Relief under 28 U.S.C. § 2255 (Doc. 149). The undersigned scheduled an evidentiary hearing on the motion for March 16, 2017. On that date, counsel for the Defendant and the United States stated on the record that they had reached an agreement to resolve the Defendant's motion and stipulated as follows:

*    The United States agreed to concede that Defendant's counsel at sentencing was ineffective in failing to counsel the Defendant as to his appeal rights following his sentencing, and thus, the Defendant was denied the ability to appeal his sentence.

*    The Defendant should be re-sentenced, so as to restore his right to appeal, but he may only argue the 18 U.S.C. § 3553(a) factors at re-sentencing, and the Presentence Investigation Report will not be re-opened for new investigation or objections.

*    The Defendant agreed to withdraw his other § 2255 claims.

The Defendant confirmed on the record that he understood the stipulation and wished to resolve his § 2255 motion pursuant to the stipulation. The parties thereafter memorialized the stipulation in writing and filed it with the Court. (Doc. 164.)

Based on the foregoing, the undersigned recommends as follows:

* The Defendant's § 2255 motion (Doc. 149) should be **GRANTED** with regard to his claim regarding counsel's failure to appeal.

* The Defendant's sentence should be **VACATED** and a new sentencing hearing should be scheduled. The time for the defendant to appeal will then run from that date.

* The Defendant's remaining § 2255 claims should be DISMISSED, as the Defendant has agreed to withdraw them.

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 5th day of April, 2017.

/s/ *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE