# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF/RESPONDENT**

**V.**                          **CASE NO. 5:14-CR-50066-004**

**FABIAN URIBE**                          **DEFENDANT/PETITIONER**

## ORDER

Currently before the Court is the Report and Recommendation ("R&R") (Doc. 165) filed in this case on April 5, 2017, by the Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas, regarding Fabian Uribe's Second Amended/Supplemental Motion for Relief under 28 U.S.C. § 2255 (Doc. 149). Mr. Uribe filed a waiver of his right to file objections to the R&R. *See* Doc. 166.

As the R&R is now ripe, and the parties do not object to its entry, **IT IS ORDERED** that the R&R (Doc. 165) is **ADOPTED IN ITS ENTIRETY**, and Mr. Uribe's Motion to Vacate (Doc. 149) is **GRANTED** with regard to his claim that his attorney failed to counsel him as to his appeal rights following sentencing, after Mr. Uribe instructed her to file an appeal on his behalf. His sentence is accordingly **VACATED**, and a new sentencing hearing will be set by separate order.

**IT IS FURTHER ORDERED** that the remaining claims in the Motion to Vacate (Doc. 149) are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 12th day of April, 2017.

/s/ T. B.
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE